# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 9, 2024

Lyle W. Cayce
Clerk

No. 24-20164

_____

Alberto Ramos,

*Plaintiff—Appellee*,

*versus*

Scott Erwin; Jennifer Gilbreath; Hallie Smith;
Frederick Morrison; Gino Dago,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CV-2517

_____

Before Smith, Stewart, and Duncan, *Circuit Judges*.

Per Curiam:[*]

Alberto Ramos sued various police officers for false arrest and excessive force arising out of an encounter that took place in Houston, Texas during the early morning hours of July 11, 2021. According to the allegations in Ramos's complaint, which we must accept as true, some of the officers tackled him without reasonable suspicion or probable cause, and afterwards other

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-20164

officers used excessive force to restrain him. After the district court partially denied the officers' motion to dismiss based on qualified immunity, the officers appealed.

Having reviewed the record and the parties' briefs, and having heard oral argument, we affirm essentially for the reasons stated in the district court's opinion.

AFFIRMED.